UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Baback Kermanshahi,<br><br>                    Plaintiff,<br><br>    -against-<br>Amazon Web Services, Inc.,<br><br>                    Defendant. | 26-CV-03534 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This case has been referred to me for general pretrial and dispositive motion purposes on Friday, May 1, 2026.

A telephonic conference is scheduled for **Friday, May 8, 2026 at 3:30 PM.** The pro se plaintiff and counsel for defendant should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 938 029 791#.

DATED:  May 1, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge