UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Baback Kermanshahi,

                    Plaintiff,

        -against-

Amazon Web Services, Inc.,

                    Defendant.

26-CV-03534 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Monday, May 18, 2026 at 3:00 PM.** The pro se plaintiff and counsel for defendant should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 145 920 399#.

DATED:  May 11, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge