UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kermanshahi,<br><br>                    Plaintiff,<br><br>          v.<br><br> Amazon Web Services, Inc.,<br><br>                    Defendant. | 26-CV-3534 (DEH)<br><br><u>ORDER</u> |

DALE E. HO, United States District Judge:

On May 13, 2026, Plaintiff filed an emergency motion for a preliminary injunction.  ECF

No. 26.  Defendant shall file any opposition briefing by **May 21, 2026**.  Plaintiff shall file any

reply by **May 28, 2026**.

SO ORDERED.

Dated:  May 14, 2026
        New York, New York

_____

          DALE E. HO
     United States District Judge