UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BABACK KERMANSHAHI,<br><br>              Plaintiff,<br><br>     -against-<br><br>AMAZON WEB SERVICES, INC.,<br><br>              Defendant. | 26-CV-03534 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on May 18, 2026:

1.      Plaintiff's application at ECF 30 is GRANTED on consent. Plaintiff's filings at ECF 25 and ECF 26, which appear on the docket as having been filed on May 13, 2026, are deemed filed as of May 12, 2026.

2.      Plaintiff shall make any application regarding the briefing schedule for his motion for a preliminary injunction to Judge Ho after conferring with Defendant.

3.      Plaintiff indicated that he intends to file (a) a motion seeking certain procedural accommodations and (b) a proposed order to show cause why Defendant should not be found in contempt for violating the state court TRO; Defendant intends to oppose the latter motion.

4.      The parties shall meet and confer regarding discovery sought by Plaintiff in connection with his preliminary injunction motion. If the parties are unable to reach agreement, Plaintiff shall, by May 19, 2026, file a letter on the docket explaining why he is entitled to the discovery sought, and Defendant shall respond by May 20, 2026.

5.    The parties shall submit a proposed case management order on or before **May 27, 2026.**

The Clerk of Court is respectfully requested to terminate ECF 30.

DATED:  May 18, 2026                                SO ORDERED.
        New York, NY

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge