Baback "Bob" Kermanshahi
Plaintiff, Pro Se
110 W Dudley Ave
Westfield, NJ 07090
+1-732-213-9526
mail.bob.k@gmail.com

May 18, 2026

**VIA EMAIL (Pro Se Intake Unit)**
**Civil Action No. 1:26-cv-03534-DEH-RFT - Kermanshahi v. Amazon Web Services, Inc.**

Honorable Dale E. Ho, United States District Judge
Honorable Judge Robyn F. Tarnofsky, United States Magistrate Judge

United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007

**LETTER MOTION: Request to File Procedural Accommodations Letter Under Seal**

Dear Judge Ho and Magistrate Judge Tarnofsky:

I am the Plaintiff *pro se* in the above-referenced matter. I write respectfully to request permission to file my accompanying Letter Motion for Procedural Accommodations, and its supporting exhibits, under seal.

While judicial documents are subject to a presumption of public access, courts routinely seal documents containing highly sensitive personal medical information. My accompanying Letter Motion and exhibits contain specific, confidential medical diagnoses, details regarding my current clinical treatment, and protected health information regarding a documented disability.

Public disclosure of this sensitive medical information would cause significant privacy harm. Therefore, I respectfully request that the Court grant this motion and direct the Clerk to file the unredacted Accommodations Letter and its exhibits under seal, accessible only to the Court and Defendant's counsel.

I thank the Court for its time and consideration.

Respectfully submitted,

/s/ Baback Kermanshahi
Baback Kermanshahi
Plaintiff, *Pro Se*

Application GRANTED. Plaintiff may file the procedural accommodation letter under temporary seal, subject to the Court's review and determination whether the document should remain sealed in whole or in part. The Clerk of Court is respectfully requested to terminate ECF 34.

Dated:  May 19, 2026
        New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE