UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BABACK KERMANSHAHI, | 26-CV-03534 (DEH) (RFT) |
| Plaintiff, | **ORDER** |
| -against- | |
| AMAZON WEB SERVICES, INC., | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 18, 2026, Plaintiff filed a motion for procedural accommodations. (*See* ECF 36.)

The deadline for Defendant to files its opposition to Plaintiff's motion for procedural

accommodations, if any, is **May 26, 2026**.

DATED:  May 21, 2026                  SO ORDERED.
        New York, NY

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge