UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABACK KERMANSHAHI,

           Plaintiff,

    -against-

AMAZON WEB SERVICES, INC.,

           Defendant.

26-CV-03534 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed during the conference on **May 29, 2026**:

1. Pending before me is Plaintiff's motion for procedural accommodations (**ECF 36**). The motion is **GRANTED IN PART AND DENIED IN PART**, as follows:

    a. I expect to grant requests for reasonable extensions of time, which shall be made by letter-motions filed on the docket.

    b. I expect to schedule conferences for the morning, and if a conference is inadvertently scheduled for the afternoon, Plaintiff shall remind me of his request for morning appearances by filing a letter-motion on the docket.

    c. I expect to permit periodic breaks during conferences and to permit written supplements following conferences; to the extent possible I will let the parties know in advance of the questions I wish to be addressed at a conference.

    d. For in-person appearances, Plaintiff may email a device order to my chambers, with a copy to Defendant's counsel.

    e.  I do not anticipate the need for conferences that cannot be concluded during a morning.

2.  Defendant's counsel represented that she is satisfied with Plaintiff's representations about his use of closed AI systems only.

3.  The parties shall submit a joint letter on the docket by **June 3, 2026** indicating whether they consent to my jurisdiction. There will be no adverse consequences if the parties decline to consent.

4.  The following deadlines shall govern this matter:

    a.  The parties shall exchange initial disclosures by **June 11, 2026**; Defendant shall produce associated documents by **June 19, 2026**.

    b.  The deadline for amending the complaint and joining parties shall be **July 10, 2026**.

    c.  Discovery disputes shall be raised by letter-motion.

    d.  Fact depositions shall be completed by **January 4, 2027**, and all fact discovery shall be completed by **February 1, 2027**.

    e.  The parties shall participate in a mediation by **February 2027.** If mediation is not successful, I expect to require the parties to participate in a settlement conference before expert disclosures are filed.

    f.  Expert disclosures shall be due by **April 12, 2027,** and expert discovery shall be completed by **May 25, 2027**.

    g.  Interim deadlines may be extended without leave of court as long as the deadline for completion of expert discovery is not affected.

h.  The parties shall provide individual updates on the status of discovery and on

whether settlement talks would be productive on the first business day of each

month, beginning in **July 2026** and continuing until the completion of expert

discovery.

i.  I will at the appropriate time issue an order setting dates for post-discovery

motion practice and pre-trial filings.

The Clerk of Court is respectfully requested to terminate **ECF 36**.

DATED:  May 29, 2026
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge