UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                    :

BABACK KERMANSHAHI,              :
                                      :

                     Plaintiff,       :
                                      :       26-CV-03534 (JAV)

       -v-                             :
                                      :           __ORDER__

                                      :

AMAZON WEB SERVICES, INC.,     :

                     Defendant.   :
                                        :
------------------------------------------------------------------------- X

JEANNETTE A. VARGAS, United States District Judge:

On May 13, 2026, Plaintiff filed an emergency motion for a preliminary injunction.  ECF

Nos. 25, 26.  For the reasons stated on the record during the hearing held earlier today, Plaintiff's

motion for a preliminary injunction is **DENIED**.

       SO ORDERED.

Dated:  June 9, 2026
       New York, New York                  _____
                                         JEANNETTE A. VARGAS
                                         United States District Judge