**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**BABACK KERMANSHAHI a/k/a BOB KERMANSHAHI,**
**Plaintiff, Pro Se,**

**v.**

**AMAZON WEB SERVICES, INC.,**
**Defendant.**

**Case No.: 1:26-cv-03534-JAV-RFT**

**LETTER-MOTION TO FILE FIRST AMENDED COMPLAINT ON CONSENT PURSUANT TO FRCP 15(a)(2)**

**TO THE HONORABLE JEANNETTE A. VARGAS, UNITED STATES DISTRICT JUDGE:**

Plaintiff Baback Kermanshahi, proceeding *pro se*, respectfully submits this Letter-Motion requesting that the Court accept the First Amended Complaint (ECF No. 91, 92) as the operative pleading in this action pursuant to Federal Rule of Civil Procedure 15(a)(2).

**1. Procedural Background** On July 9, 2026, Plaintiff filed a proposed First Amended Complaint on the docket (ECF No. 91, 92). Under FRCP 15(a)(2), a party may amend its pleading with the opposing party's written consent.

**2. Defendant's Consent** On July 15, 2026, Defendant Amazon Web Services, Inc., through its counsel Abigail V. Greene of Morgan, Lewis & Bockius LLP, provided explicit written consent to the filing of Plaintiff's First Amended Complaint. A true and accurate copy of Defendant's written consent, provided via email, is attached hereto as **Exhibit A**.

**3. Defendant's Response** In consenting to Plaintiff's amendment of his Complaint, Defendant reserves its right to move for dismissal of the First Amended Complaint. Defendant respectfully asks that it be given until **August 12, 2026**, to answer or otherwise respond to the First Amended Complaint. Defendant requested an extension to August 12, 2026, from July 24, 2026 to allow sufficient time to respond following their separate August 7, 2026 deadline to serve responses and objections to Plaintiff's initial discovery requests. Plaintiff consents to this negotiated request. The Parties do not anticipate this extension will impact any other deadlines scheduled in this case.

**4. Conclusion** Because Defendant consents to this amendment, Plaintiff respectfully requests that the Court grant this Letter-Motion and formally recognize the First Amended Complaint (ECF No. 91-92) as the operative pleading in this matter.

Dated: July 15, 2026 New York, New York

Respectfully submitted,

/s/Baback Kermanshahi
Baback Kermanshahi
Plaintiff, *Pro Se*
Westfield, NJ 07090
mail.bob.k@gmail.com

**Enclosure** Exhibit A – July 15, 2026 Email Correspondence from Defendant's Counsel Consenting to First Amended Complaint

This application falls within the scope of reference. (See ECF 5.) The application is **GRANTED**. The Clerk of Court is respectfully requested to terminate ECF 93. ECF 92 is the operative complaint, and Defendant may move to dismiss by **August 12, 2026**.

Dated: July 17, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE