UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABACK KERMANSHAHI,
Plaintiff,
-against-
AMAZON WEB SERVICES, INC.,
Defendant.

26-CV-03534 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on October 23, 2026:

1. The motion for discovery pending at ECF 104 is GRANTED IN PART, in that Defendants may redact names of nonparty employees and confidential or propriety business information; and in that both parties may retain copies of publicly filed documents (including those attaching confidential information). The motion is DENIED IN PART, in that at the end of the litigation, all parties shall return or destroy all other confidential documents produced to them.

2. The motion for discovery pending at ECF 109 is GRANTED IN PART, in that Plaintiff shall produce medical records dating from April 1, 2024, once an appropriate confidentiality order has been entered. The motion is DENIED IN PART, in that Plaintiff may withhold appropriate documents under the work product doctrine. The motion is further DENIED IN PART without prejudice to refiling after the parties have met and conferred further on the subjects of (a) documents withheld on the basis of privilege and work product; (b) discovery sought by Defendant into Plaintiff's use of AI; and (c) Plaintiff's identification of claimed comparators. In connection with Plaintiff's use of AI, he is encouraged to review *United States v. Heppner*, 820 F. Supp. 3d 292 (S.D.N.Y. 2026).

The Clerk of Court is respectfully requested to terminate ECF 104 and 109.

DATED: October 23, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**