UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABACK KERMANSHAHI,

Plaintiff,

-against-

AMAZON WEB SERVICES, INC.,

Defendant.

26-CV-3534 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On November 2, 2026, in accordance with my Order at ECF 65, the parties each filed an update on the status of discovery. (ECF 112, ECF 115.) Each of the status updates noted that Plaintiff filed a motion for leave to file a Second Amended Complaint on October 27, 2026 (the "Motion"). However, the docket does not reflect any such filing. (*Id.*) On November 6, 2026, my courtroom deputy clerk contacted Plaintiff regarding the Motion and directed him to email to my chambers email address a copy of the Motion and confirmation of his filing with the Court's Pro Se Intake Unit.

Attached hereto as exhibits are (1) Plaintiff's Motion, (2) Plaintiff's proposed Second Amended Complaint, (3) an Exhibit A to the proposed Second Amended Complaint, (4) Plaintiff's November 6, 2026 transmission email, and (5) an email confirming Plaintiff's filing of the Motion with the Pro Se Intake Unit.

Defendant is directed to file any opposition to Plaintiff's Motion by **November 17, 2026**, and Plaintiff is directed to file a reply, if any, in further support of his Motion by **November 23, 2026**.

DATED: November 9, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**