UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BABACK KERMANSHAHI,

Plaintiff,

-against-

AMAZON WEB SERVICES, INC.

Defendant.

26-CV-3534 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties' application for an extension of their discovery deadlines and to schedule a settlement conference (ECF 118) is GRANTED. The parties' discovery deadlines are extended as follows: fact depositions shall be completed by **March 1, 2027**; all fact discovery shall be completed by **April 5, 2027**; expert disclosures shall be completed by **June 14, 2027**; and all expert discovery shall be completed by **July 27, 2027**.

A settlement conference order will be entered separately. A referral to mediation will be submitted if the settlement conference is unsuccessful.

The Court of Clerk is respectfully requested to terminate ECF 118.

DATED: November 18, 2026
New York, NY

SO ORDERED.

______________________________
**ROBYN F. TARNOFSKY**
United States Magistrate Judge